UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MANON,

       Plaintiff,

vs.                                                                    Civil Action No.:
                                                                          1:25-CV-08708-JGK-VF


COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
------------------------------------------------------------X

## **ORDER**

      AND, NOW, this 17th day of February, 2026, upon consideration of Plaintiff's Motion

for an extension of time to file her brief,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED.  Plaintiff's brief is

due **April 6, 2026**.  Defendant's brief is due **June 5, 2026**.  Plaintiff's reply, if any, is due **June**

**19, 2026**.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 15.


Entered: February 17, 2026                    _____

                                   Honorable Valerie Figueredo
                                   United States Magistrate Judge