**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

Maria Manon,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

-------------------------------------------------------------X

25 **CIVIL** 8708 (JGK)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated November 10, 2026, the Magistrate Judge's Report and Recommendation is adopted in its entirety, the Commissioner's motion for judgment on the pleadings is granted, the plaintiffs motion for remand is denied, and the Complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
November 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**